# UNITED STATES DISTRICT COURT

DISTRICT OF __Colorado__

UNITED STATES OF AMERICA
V.

Vanessa Lawrence

ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL

CASE NUMBER: __09-mj-1018__

CHARGING DISTRICTS
CASE NUMBER: __2:08-cr-42 KS-MTP__

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the __Southern__ District of __Mississippi__; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the __701 Main St. #200; Hattiesburg MS 39401__
*Place and Address*
for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) on __3/12/09 9 AM__.
*Date and Time*

_____
Signature of Judge

KATHLEEN M. TAFOYA
United States Magistrate Judge

__July 9, 2009__
Date | Name of Judge | Title of Judge